## CHINIQUY *v.* DELIERE.

(April Term, 1865.)

NOTICE must be given to the opposite party, before a motion will be entertained to set aside an order of reversal for non-joinder in error, upon the ground that there was an oral agreement to argue the cause during the term.

THE judgment below having been reversed for non-joinder in error, Mr. LAKE, for the defendant, moved to set aside the order of reversal, it being shown by affidavit that under an oral agreement the cause was to be argued during the term.

Per CURIAM: The opposite counsel not being present, notice must be given before we can entertain the motion.

Subsequently, the motion was allowed by consent, and leave given the defendant to join in error.